UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>        Plaintiff,<br><br>        vs.<br><br>NATHAN J. GALLO, an individual; SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON D.C.,   and DOES 1-20, Inclusive,<br><br>        Defendants. | Case No.   2:17-CV-00471-JAM-CMK<br><br>**ORDER DIRECTING SERVICE OF SUMMONS BY PUBLICATON ON DEFENDANT NATHAN GALLO** |

IT IS ORDERED that service of the summons in this action be made upon defendant Natha Gallo by publication thereof in the Chico Enterprise Record, a newspaper of general circulation published at Chico, California and that said publication be made at least once a week for four successive weeks.

DATED:  7/24/2017

                                                        /s/ John A. Mendez
                                                        John A. Mendez
                                                        United States District Court Judge