IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK N.A., | No. 2:17-CV-0471-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| NATHAN J. GALLO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, which is proceeding with retained counsel, brings this civil action for reformation of a grant deed and deed of trust to correct clerical errors.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for March 14, 2018, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.


DATED:  March 13, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE